# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOTH, | CASE NO. 1:09-CV-01813-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (ECF NO. 3) |
| BRIDGES, et al., | RESPONSE DUE WITHIN TWENTY DAYS |
| Defendants. | |

Plaintiff Robert Toth ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. On October 19, 2009, the Court issued an order requiring Plaintiff to submit an in forma pauperis application or pay the $350.00 filing fee within forty-five days. As of the date of this order, Plaintiff has not complied. Accordingly, it is HEREBY ORDERED that Plaintiff show cause within **twenty (20) days** why this action should not be dismissed for failure to obey a court order. Failure to respond to this order or to show good cause will result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   July 15, 2010           /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE