1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   ROBERT TOTH,                          CASE NO. 1:09-CV-01813-DLB PC

9                         Plaintiff,       ORDER TO SHOW CAUSE WITHIN
                                           TWENTY DAYS
10          v.
                                           (DOC. 15)
11   BRIDGES, et al.,

12                        Defendants.
                                       /
13

14          Plaintiff Robert Toth ("Plaintiff") is a prisoner in the custody of the California

15   Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se and in forma

16   pauperis in this civil rights action.  On September 13, 2010, Plaintiff filed a sealed motion in

17   another action, *Doe v. Yates, et al.*, Case No. 1:08-CV-01219-LJO-DLB PC, which was also filed

18   in this action.  This motion indicated that the original complaint and other documents filed in this

19   action were not personally signed by Plaintiff.  The Court thus finds that Federal Rule of Civil

20   Procedure 11(b), regarding representations to the court, has been violated.

21          Plaintiff is HEREBY ORDERED to show cause why this action should not be dismissed.

22   If Plaintiff wishes to voluntarily dismiss this action without prejudice pursuant to Federal Rule of

23   Civil Procedure 41(a), Plaintiff shall so notify the Court.  Failure to timely respond or show

24   cause will result in dismissal of this action with prejudice for violation of Rule 11(b).

25          IT IS SO ORDERED.

26      **Dated:    October 1, 2010                      /s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE
27

28
                                          1